| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | rachelle.barbour@fd.org |

Attorney for Defendant
PEDRO MELENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-MJ-00034 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| PEDRO MELENDEZ, | ) |
| | ) Date: October 8, 2019 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Pedro Melendez, that the status conference scheduled for August 14, 2019, may be continued to October 8, 2019, at 10:00 a.m.

/ /

/ /

-1-

| | |
|---|---|
| 1 | The defendant has almost competed his DUI program and seeks additional time to obtain his driver's license.  Mr. Melendez also started a new job, and this will give him additional time to pay his fine.  Defense counsel asks to reschedule the case for October 8, 2019, when she is scheduled to be on duty in Yosemite, in order to assure continuity of counsel.  The Government concurs. |

The defendant has almost competed his DUI program and seeks additional time to obtain his driver's license.  Mr. Melendez also started a new job, and this will give him additional time to pay his fine.  Defense counsel asks to reschedule the case for October 8, 2019, when she is scheduled to be on duty in Yosemite, in order to assure continuity of counsel.  The Government concurs.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 26, 2019        /s/  *Rachelle Barbour*
                            RACHELLE BARBOUR
                            Assistant Federal Defender
                            Attorney for Pedro Melendez


McGREGOR W, SCOTT
United States Attorney

Dated: July 26, 2019        /s/ *Rachelle Barbour for S. St. Vincent*
                            SUSAN ST. VINCENT
                            Legal Officer

# O R D E R

The status conference scheduled for August 14, 2019 is continued to October 8, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated:  July 31, 2019        _____
                             UNITED STATES MAGISTRATE JUDGE