Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO MELENDEZ,<br><br>Defendant. | DOCKET NO. 6:18-mj-034-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

On September 18, 2018, Defendant Pedro MELENDEZ plead guilty to driving a motor vehicle while his driver's license was suspended for a previous DUI conviction. He was sentenced to 18 months of unsupervised probation with the conditions he pay a $600 fine at a rate of $60 per month beginning October 18, 2018 and each month thereafter by the 18th of the month until paid in full, complete a DUI Multi Offender course through the California Department of Motor Vehicles and provide proof of completion, obtain a driver's license on or before January 18, 2020, obey all laws, report all new violations of the law to the Court, and appear personally for probation review hearings on August 14, 2019 and February 11, 2020. On July 31, 2019 pursuant to a stipulation by the parties, the Court continued the August 14, 2019 review hearing to October 8, 2019. Due to a fire related road closure, the review hearing was continued to November 6, 2019.

On October 8 , 2109 the Government filed a Notice of Probation Violation alleging

1

MELENDEZ had failed to pay the fine in full and had failed provide proof of completion of the DMV course. The Government has subsequently been provided proof MELENDEZ paid the fine in full and is enrolled in the DMV course. The Government herewith withdraws its Allegation of Probation Violation in this matter. As the conditions of probation have been met to date, the Government requests the review hearing in this matter set for November 6, 2019 be vacated. The Defendant is in agreement with this request. A final review hearing is set for February 11, 2020.

Dated: November 4, 2019  /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the Statement of Alleged Probation Violation(s) in *U.S. v. Melendez*, *6:18-mj-0034-JDP*, filed on October 8, 2019, be withdrawn. The review hearing scheduled for November 6, 2019 is vacated. A final review hearing is set for February 11, 2020.

IT IS SO ORDERED.

Dated:  November 4, 2019  _____
UNITED STATES MAGISTRATE JUDGE