| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
PEDRO MELENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00034 JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING AND EXTEND PROBATION; PROPOSED** |
| vs. | |
| PEDRO MELENDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Pedro Melendez, that Mr. Melendez's term of unsupervised probation may be extended to expire on August 28, 2020. Accordingly, the parties request that the Court continue the review hearing in this matter to August 11, 2020, at 10:00 a.m.

On September 18, 2018, Mr. Melendez pled guilty to driving while his driver's license was suspended. That same date, the Court sentenced Mr. Melendez to eighteen months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within seven days, pay a $600 fine, complete a DUI Multi-Offender course, and obtain a driver's license.

Mr. Melendez is currently enrolled in the DUI Multi-Offender course. Mr. Melendez

expects to complete the DUI program in August 2020. In order to provide Mr. Melendez with sufficient time to complete the DUI program, the parties request that the Court extend probation until August 28, 2020, and that a review hearing be set in this case for August 11, 2020 at 10:00 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 4, 2020          */s/ Susan St. Vincent*
                                Susan St. Vincent
                                Yosemite Legal Officer
                                Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2020          */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                PEDRO MELENDEZ

ORDER

The court hereby grants the parties' request to continue the February 11, 2020 review hearing to August 11, 2020 at 10:00 a.m., as well as the parties' request to extend unsupervised probation. Probation is hereby extended to August 28, 2020, with the same terms and conditions previously imposed. Defendant is ordered to be present at the review hearing unless an order has been issued vacating the hearing date.

IT IS SO ORDERED.

Dated: February 6, 2020

UNITED STATES MAGISTRATE JUDGE